IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jackson, Rose L | Case Number: 07 B 12276 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 750.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 709.50 |
| Trustee Fee: | | 40.50 |
| Other Funds: | | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,924.00 | 709.50 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | TCF Bank | Secured | 0.00 | 0.00 |
| 5. | TCF Bank | Secured | 925.70 | 0.00 |
| 6. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 3,083.39 | 0.00 |
| 7. | Gloabl Payments | Unsecured | 30.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 57.21 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 29.81 | 0.00 |
| 10. | Gloabl Payments | Unsecured | 90.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 56.85 | 0.00 |
| 12. | CitiFinancial | Unsecured | 1,363.96 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 87.83 | 0.00 |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Chase Bank | Unsecured | | No Claim Filed |
| 16. | Check N Go | Unsecured | | No Claim Filed |
| 17. | Davenport Community School District | Unsecured | | No Claim Filed |
| 18. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 19. | Commercial Recovery Corp | Unsecured | | No Claim Filed |
| 20. | Allied Cash Advance | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Uptown Cash | Unsecured | | No Claim Filed |
| 23. | One Iron Ventures | Unsecured | | No Claim Filed |
| 24. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 25. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jackson, Rose L | Case Number: 07 B 12276 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 7/10/07 |

| 26. NAFS Of Canada | Unsecured | | No Claim Filed |
|---|---|---|---|
| 27. Sun Cash | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 8,648.75 | $ 709.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.50 |
| | _____ |
| | $ 40.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____